CROSNER LEGAL, P.C.
Craig W. Straub (SBN 249032)
craig@crosnerlegal.com
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELLIE BIGLER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UTZ QUALITY FOODS, LLC, a Delaware limited liability company, DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:26-cv-10224-NW<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kellie Bigler dismisses the above-tiled action without prejudice.

Dated: October 1, 2026

CROSNER LEGAL, P.C.

By: */s/ Craig W. Straub*

Craig W. Straub (SBN 249032)
craig@crosnerlegal.com
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
Attorneys for Plaintiff